UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TOLAVIUS TIMMONS,<br><br>                          Plaintiff,<br>    v.<br>MAILROOM SUPERVISOR, *et al.*,<br>                          Defendants. | Case No. 2:17-cv-00360-MMD-NJK<br><br>ORDER |

Plaintiff is no longer incarcerated at Clark County Detention Center and has not filed an updated address notification with the Court informing the Court of his current address. The Court notes that, pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. It is not the Court's obligation to track down Plaintiff's most recent address. This Court will allow Plaintiff until **February 27, 2019**, to file his updated address with this Court. If Plaintiff fails to comply with this order, the Court will recommend dismissal of this action with prejudice.

DATED: January 28, 2019.

                                                      _____
                                                      NANCY J. KOPPE
                                                      UNITED STATES MAGISTRATE JUDGE