UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TOLAVIUS TIMMONS,

    Plaintiff(s),

v.

LT. ZOLMAN, et al.,

    Defendant(s).

Case No.: 2:17-cv-0360-MMD-NJK

**ORDER**

Plaintiff has failed to update his address. In particular, the Court has received mail returned as undeliverable to Plaintiff. Docket No. 29.[1] "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

---

[1] Notations on the returned mail indicate that the mail was refused for lack of a prisoner name and number. *See id.* Plaintiff's name and prisoner number are on the envelope, however. It appears the root cause of the undeliverable mail is that Plaintiff has been paroled. *See United States v. Basher*, 629 F.3d 1161, 1165 n.2 (9th Cir. 2011) (courts may take judicial notice of information on government inmate locator website).

1

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by July 17, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.**

IT IS SO ORDERED.

Dated: June 26, 2019

Nancy J. Koppe
United States Magistrate Judge